APPEALS NOS. 01-13-00448-CR AND 01-13-00447-CR
T.C.# 1356099            T.C.# 1356098

IN THE FIRST COURT OF APPEALS
AT HOUSTON, TEXAS

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR - 2 2015

CHRISTOPHER A. PRINE
CLERK _____

SAMUEL ESPINOZA RODRIGUEZ
APPELLANT,

V.

THE STATE OF TEXAS
APPELLEE,

APPEAL OF CAUSE NOS. #1356099 AND #1356098 FROM THE
182ND JUDICIAL DISTRICT COURT OF HARRIS COUNTY

APPELLANTS MOTIONS TO EXTEND TIME TO FILE
APPELLANT'S REPLY BRIEF, MOTION FOR APPEALS COURT TO
PROVIDE APPELLANT A COPY OF STATE (APPELLEE'S BRIEF) AND MOTION
FOR SANCTIONS ON APPELLEE FOR NOT ACTING IN GOOD FAITH

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, SAMUEL ESPINOZA RODRIGUEZ, APPELLANT PRO SE AND IN ACCORDANCE WITH TEXAS RULES OF APPELLATE PROCEDURE; 38.3; 38.6(d); 20.2 AND 52.11, ALSO IN THE INTERESTS OF JUSTICE, RESPECTFULLY MOVES THIS COURT PROVIDE APPELLANT A COPY OF STATE (APPELLEE'S BRIEF); EXTEND TIME FOR APPELLANT TO FILE HIS REPLY BRIEF, AND THAT COURT SANCTION STATE (APPELLEE) FOR NOT ACTING IN GOOD FAITH. IN SUPPORT, APPELLANT PRO SE, WOULD SHOW COURT THE FOLLOWING:

I.

ON FEBRUARY 2ND 2015, STATE APPELLEE, FILED ITS SECOND MOTION FOR EXTENTION OF TIME TO RESPOND AND FILE ITS APPELLATE BRIEF, CASE NO. 01-13-00447-CR. ON OR ABOUT FEBRUARY 5TH, 2015, COURT OF APPEALS, JUDGE REBECCA HUDDLE, DENIED THIS MOTION AS MOOT, THAT DEADLINE FOR STATE TO FILE ITS BRIEF ON BOTH CAUSES IS AND HAS NOT CHANGED FROM FEBRUARY 19TH, 2015.

II.

ON FEBRUARY 24TH, 2015, APPELLANT WAS GIVEN LEGAL MAIL (2) TWO-POSTCARDS FROM THE FIRST COURT OF APPEALS, FOR CASE NOS. 01-13-00447-CR AND 01-13-00448-CR STATING THAT STATE'S BRIEF HAS BEEN RECIEVED AND FILED ON FEBRUARY 19, 2015; ORAL ARGUMENT WAIVED. POST-CARDS DO NOT STATE IF STATE APPELLEE'S BRIEF CONTAIN CERTIFICATES OF SERVICE?

III.

APPELLANT PRO SE IS BEING DENIED HIS RIGHT AS A PARTY IN VIOLATION

— 1 —

OF TEXAS RULES OF APPELLATE PROCEDURE, 9.; 10. AND 38, LOCAL RULES, TO RECIEVE A COPY OF A FILING BY OTHER PARTIES, AND TO BE AFFORDED RIGHT TO REPLY IN ACCORDANCE WITH T.R.A.P. RULES, 38. - 38.3. APPELLEE'S (STATE) ACTIONS IN ACTING IN BAD FAITH WAS INTENTIONAL, BECAUSE IF APPELLANT DOES NOT REPLY TO STATE'S BRIEF'S AND THIER ASERTED FACTS, THEN THIS APPELLATE COURT ACCEPTS SUCH AS TRUE, BECAUSE THEY WERE NOT CONTRADICTED. SEE T.R.A.P. 38.1(g).

## IV.

SO TO INSURE APPELLANTS RIGHTS ARE PROTECTED, AND APPELLEE (STATE) NOT BE GIVEN ADVANTAGE BECAUSE OF E-FILING, APPELLATE COURT SHOULD INSURE THAT APPELLANT RECIEVES A COPY OF AAPELLEE (STATES BRIEF), BE GIVEN ALLOWED TIME BY RULE, T.R.AP. 38.6(c), FROM DATE APPELLANT RECIEVES APPELLEE (STATE'S BRIEF). APPELLANT REQUESTS (20) DAYS EXTENSION TO FILE HIS REPLY BRIEF FROM DATE HE RECIEVES APPELLEE (STATES BRIEF).

## V.

THE REASONS FOR APPELLANTS NEED FOR EXTENDED TIME ARE AS MENTIONED ABOVE TO FILE HIS REPLY BRIEF AND BECAUSE:

1) APPELLEE (STATE) FAILED TO SERVE APPELLANT PRO SE PARTY WITH ITS APPELLEE (STATE'S BRIEF);

2) APPELLANT NEEDS TIME TO RESEARCH APPELLEE'S LEGAL CITATION'S ONCE APPELLANT RECIEVES COPY OF APPELLEE'S (STATE'S BRIEF);

3) APPELLANT MUST ORDER CASES AT ALLOWED AMOUNT FROM LAW LIBRARY (3) CASES ONLY, MONDAY, WENSDAY AND FRIDAY'S ONLY;

4) APPELLANT NEEDS TO KNOW WHAT TO OBJECT TO PRESERVE HIS RIGHTS;

## VI.

FOR THE REASONS STATED ABOVE, APPELLANT RESPECTFULLY RE-QUESTS AN ADDITIONAL (20) TWENTY-DAYS TO COMPILE HIS APPELLANT PRO SE REPLY BRIEF ONCE HE OBTAINS APPELLEE (STATE'S BRIEF), IN THE INTERESTS OF JUSTICE, AND IN SUPPORT OF HIS APPEAL.

## VII.

APPELLANT PRO SE PRAYS THAT THIS COURT GRANT THESE MOTIONS AND EXTEND THE TIME TO FILE APPELLANTS REPLY BRIEF, PROVIDE APPELLANT A COPY OF APPELLEE'S (STATE BRIEF) AND TAKE WHATEVER ELSE ACTIONS IT FINDS APPROPIATE.

RESPECTFULLY SUBMITTED,

*Samuel E. Rodriguez*

SAMUEL ESPINOZA RODRIGUEZ - APPELLANT PRO SE
TDCJ# 1858964

- 2 -

## CERTIFICATE OF SERVICE

I, SAMUEL ESPINOZA RODRIGUEZ, HEREBY CERTIFY THAT ON FEBRUARY 24TH, 2015, A TRUE AND CORRECT COPY APPELLANTS MOTIONS TO EXTEND TIME TO FILE APPELLANT'S REPLY BRIEF, MOTION FOR APPEALS COURT TO PROVIDE APPELLANT A COPY OF STATE (APPELLEE'S BRIEF) AND MOTION FOR SANCTIONS WAS MAILED TO DEVON ANDERSON, HARRIS COUNTY DISTRICT ATTORNEY, CRIMINAL JUSTICE CENTER, 1201 FRANKLIN, SUITE 600, HOUSTON, TX. 77002-1901, AND ORIGINAL BY U.S. MAIL TO THE COURT OF APPEALS, FIRST DISTRICT OF TEXAS, CLERK, CHRISTOPHER PRINE, 301 FANNIN STREET, HOUSTON, TX. 77002-2066.

SAMUEL ESPINOZA RODRIGUEZ - APPELLANT PRO SE
TDCJ# 1858964 POLLINSKY UNIT - AD.SEG. DEATH ROW
3872 F.M. 350 SOUTH (12-D-75)
LIVINGSTON, TEXAS, 77351-8580

## VERIFICATION AND DECLARATION

I, SAMUEL ESPINOZA RODRIGUEZ, #1858964, BEING PRESENTLY INCARCERATED IN THE ALLAN B. POLLINSKY UNIT, OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION, IN POLK COUNTY, TEXAS. VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON THIS THE 24TH DAY OF FEBRUARY, 2015.

SAMUEL ESPINOZA RODRIGUEZ - APPELLANT PRO SE
TDCJ# 1858964 POLLINSKY UNIT - AD.SEG. - DEATH ROW
3872 F.M. 350 SOUTH (12-D-75)
LIVINGSTON, TEXAS 77351-8580

- 3 -

Clerk, Christopher A. Prine
First Court of Appeals
301 FANNIN STREET
Houston, Texas 77002-2066

02-24-15

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR - 2 2015

CHRISTOPHER A. PRINE
CLERK

RE: Case Nos. 01-13-00447-CR AND 01-13-00448-CR

Motions For Courts Consideration

Dear Sir/Madam,

Enclosed please find my Appellants Motions To Extend Time To File Appellants Reply Brief, Motion For Appeals Court To Provide Appellant A Copy Of State (appellee's Brief) and Motion For Sanctions on Appellee For Not Acting In Good Faith.

Please File these and Bring to Courts Attention!

Also I've included Stamped Envelope for Notification of Filing and Date heard?

Sincerely Concerned,

Saul E. R___

I CERTIFY THAT A TRUE AND CORRECT ORIGINAL LETTER WAS MAILED TO FIRST COURT OF APPEALS, AT 301 FANNIN STREET, Houston, TX. 77002-2066 AND COPY OF SAME BY U.S. MAIL TO DEVON ANDERSON, HARRIS Co. DISTRICT ATTORNEY CRIMINAL JUSTICE CENTER, 1201 FANNIN SUITE 100



NORTH HOUSTON TX 773

25 FEB 2015 PM 4 L

Samuel C. Robinson #1858964
Polunsky Unit - Cel. Seg.-Death Row
3872 F.M. 350 South (12-D-75)
Livingston, Texas 77351

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAR - 2 2015

CHRISTOPHER A. PRINE
CLERK

Legal

Court of Appeals, First District
Clerk, Christopher A. Prine
301 Fannin Street
Houston, Texas 77002-2066

7700220S6S9